**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Duane HUDSON, Defendant—**
**Appellant.**

**No. 04–10566.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 8, 2005.\*

Filed Nov. 16, 2005.

Before WALLACE, LEAVY and
BERZON, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. P. 34(a)(2).

**16**

MEMORANDUM **

Duane Hudson appeals the 120–month sentence imposed following his guilty plea conviction for conspiracy with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a) and (b)(1)(C). We have jurisdiction pursuant to 18 U.S.C. § 3742(a).

Because appellant was sentenced under mandatory Sentencing Guidelines, we remand for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005) (extending *Ameline's* limited remand procedure to cases involving non-constitutional error under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)).

**REMANDED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.